# ARRAIGNMENT/DETENTION/PLEA/SENTENCING MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-2087 JHR | UNITED STATES vs. GUZMAN-GUZMAN |
|---|---|

### Before The Honorable Jerry H. Ritter, United States Magistrate Judge

| Hearing Date: | 6/13/25 | Time In and Out: | 10:27-10:32; 11:18-11:34 AM – (3 MIN) |
|---|---|---|---|
| Clerk: | R. HELMICK | Digital Recording: | LC-Sierra Blanca |
| Defendant: | DIEGO GUZMAN-GUZMAN | Defendant's Counsel: | JESSICA MARTIN |
| AUSA: | JAMES DICKENS | Interpreter: | E. Valdes Ortiz — ☐ Sworn / ☐ Waived |

| | |
|---|---|
| ☒ | Defendant Sworn — ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of: **Information** |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☐ | Terms and conditions of proposed plea agreement explained. ☐ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**<br><br>Defendant enters a Not Guilty plea as to **COUNTS 1, 2, 3 OF THE INFORMATION** |
| ☒ | Motions due by: Saturday, July 05, 2025 |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☐ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Imposed: **14 DAYS (as to count 1), SPA WAIVED, APPEAL RIGHTS** |
| ☒ | Defendant in custody — ☒ Conditions set: O/R BOND |
| | Other Matters: GOVERNMENT ASKS FOR 14 DAYS AS TO COUNT 1, DEFENSE COUNSEL REQUESTS TIME SERVED; AO086 TO BE FILED WITHIN 14 DAYS OR CASE WILL BE ASSIGNED TO DISTRICT JUDGE; DETENTION HEARING AS TO COUNTS 2 & 3 – GOVERNMENT SEEKS DETENTION ON REMAINING COUNTS, OPPOSES SETTING CONDITIONS OF RELEASE AS TO COUNTS 2 & 3; COUNTS 2 AND 3 SEVERED; COURT RELEASES DEFENDANT ON O/R BOND ON REMAINING CHARGES |